FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 MAY 14 PM 1:24

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 8:09CR349 |
| THEODORE MANOS, | ) | ORDER |
| Defendant. | ) | |

NOW ON THIS 14 day of May, 2010, this matter comes on before the Court upon the parties' Stipulation (Filing No __). The Court, being duly advised on the premises, finds the Stipulation should be approved.

IT IS THEREFORE ORDERED as follows:

1. The Court's Preliminary Order of Forfeiture (Filing No. 42) is hereby vacated except as it relates to the Fanton External Hard Drive, Serial Number SK898432.

2. The U.S. Department of Homeland Security, Immigration and Customs Enforcement, shall return to Theodore Manos' designee, Tatyana Manos, all other computer and related media storage seized in connection with this prosecution, except one item which contains child pornography, a Century, Network Attached Storage, (NAS), Serial Number 0126000c3D.

BY THE COURT:

JOSEPH F. BATAILLON, CHIEF JUDGE
UNITED STATES DISTRICT COURT