IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR349 |
| | ) | |
| v. | ) | |
| | ) | |
| THEODORE MANOS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the court is the Request for Transcript by a nonparty, Filing No. 53. After considering the matter,

IT IS ORDERED:

1. The Request for Transcript (Filing No. 53) is granted, as outlined below.

2. The nonparty petitioner must contact court reporter Allan Kuhlman at (402) 661-7305 to make arrangements for the preparation and payment of the transcript.

3. The Clerk's Office is ordered to mail a copy of this order to the nonparty's address pursuant to Filing No. 53.

DATED this 21st day of June, 2010.

BY THE COURT:


s/ Joseph F. Bataillon
Chief District Judge