IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:09CR349 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| THEODORE MANOS, | |
| Defendant. | |

This matter is before the court on defendant's motion to vacate judgment under Rule 60, Filing No. 86, and motion for voluntary dismissal of the motion to vacate, Filing No. 87. The court has reviewed the record and the motion for voluntary dismissal will be granted. Accordingly,

IT IS ORDERED THAT:

1. Defendant's motion for voluntary dismissal of the motion to vacate, Filing No. 87, is granted.

2. Defendant's motion to vacate judgment under Rule 60, Filing No. 86, is dismissed without prejudice.

Dated this 14th day of August, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge